**JUDGE HOLWELL**        **07 CV 10724**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MYTIKAS SHIPPING CO. LTD., :

                Plaintiff, :

- against - :

ADVANCED ENGINEERING DEVELOPMENT LTD., :

                Defendant. :
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: November 30, 2007
       Southport, CT

                                    The Plaintiff,
                                    MYTIKAS SHIPPING CO. LTD

                                    By: _____
                                    Patrick F. Lennon (PL 2162)
                                    LENNON, MURPHY & LENNON, LLC
                                    The Gray Bar Building
                                    420 Lexington Ave., Suite 300
                                    New York, NY 10170
                                    (212) 490-6050
                                    facsimile (212) 490-6070
                                    pfl@lenmur.com