CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MYTIKAS SHIPPING CO. LTD.,                    :
                                              :
                                              :
                    Plaintiff,                :    07-CV-10724
                                              :
            v.                                :    **NOTICE OF**
                                              :    **APPEARANCE**
ADVANCED ENGINEERING DEVELOPMENT              :
LTD.,                                         :
                                              :
                                              :
                    Defendants.               :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
        December 11, 2007

                            CLARK, ATCHESON & REISERT
                            Attorneys for Garnishee
                            Societe Generale New York Branch

            By: _____
                            Richard J. Reisert (RR-7118)
                            7800 River Road
                            North Bergen, NJ  07047
                            Tel: (201) 537-1200
                            Fax: (201) 537-1201
                            Email:  reisert@navlaw.com