UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

MYTIKAS SHIPPING CO. LTD.,

               Plaintiff,

-against-

ADVANCED ENGINEERING DEVELOPMENT LTD.

               Defendant.

07 Civ. 10724 (RJH)

**ORDER**

By Order dated December 4, 2007, the Court granted the application of plaintiff Mytikas Shipping Co. Ltd. authorizing a Maritime Attachment and Garnishment as to defendant Advanced Engineering Development Ltd. A review of the Docket Sheet for the action indicates no further entry by either party. There have been no proceedings and no correspondence with the Court from the parties since the entry of the Attachment and Garnishment Order. Accordingly, it is hereby:

**ORDERED** that plaintiff inform the Court by July 7, 2008, as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases or whether the action should be dismissed or placed on the Court's suspense docket; and it is further

**ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

SO ORDERED.

Dated: New York, New York
       June 6, 2008

                                              Richard J. Holwell
                                              United States District Judge