UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MYTIKAS SHIPPING CO. LTD.,

               Plaintiff,

- against -

ADVANCED ENGINEERING DEVELOPMENT LTD.,

               Defendant.
------------------------------------------------------------X

*RECEIVED JUL 7 — CHAMBERS OF RICHARD J. HOLWELL*

07 Civ. 10724 (RJH)

ECF CASE

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 7/8/08

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: July 7, 2008
      Southport, CT

                              The Plaintiff,
                              MYTIKAS SHIPPING CO. LTD.

                          By: _____
                              Nancy R. Peterson (NP 2871)
                              LENNON, MURPHY & LENNON, LLC
                              420 Lexington Ave., Suite 300
                              New York, NY 10170
                              Phone (212) 490-6050
                              Fax (212) 490-6070
                              nrp@lenmur.com

*[Handwritten:]* SO ORDERED

*[Signature]* USDJ 2/7/08

The Clerk is requested to close this case.